UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D'ALESSIO, D'ALESSIO INVESTMENTS, LLC, a Nevada Limited Liability Company.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal Corporation; ERIC P. BEATTY; RENE JIMENEZ; WILLA BOUWENS-KILLEEN; AND DOES 1-10 INCLUSIVE<br><br>Defendants. | Case No: 8:25-CV-00679-DOC DFM<br>Related case: 8:21-cv-01030-DOC-DFM<br><br>*Assigned for All Purposes to:*<br>*Honorable David O. Carter*<br>*Dept. 10A*<br><br>**NOTICE OF JUDGMENT**<br><br>Complaint Filed: April 04, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and by reason of the Court's orders in this action granting Defendants CITY OF COSTA MESA, RENE JIMENEZ, and WILLA BOUWENS-KILLEEN ("Defendants") motion to dismiss the entirety of the First Amended Complaint against all defendants (Dkt. 29), IT IS HEREBY ORDERED, ADJUDGED AND DECREED

1  that Judgment is entered in favor of Defendants against all plaintiffs.
2       Defendants may file an Application to the Clerk to Tax Costs. C.D. Cal.L.R.
3  54-2.
4       IT IS SO ORDERED.

7  Dated: October 8, 2025          *David O. Carter*
8                                  HONORABLE DAVID O. CARTER
                                    UNITED STATES DISTRICT COURT
9                                   JUDGE

-2-